OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP. 02. 2015

8/26/2015

**Guardiola, Patrick Anthony**   Tr. Ct. No. 1202394-A                **WR-74,047-05**

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk



R+S
Released

PATRICK ANTHONY GUARDIOLA
#1644751

REFUSED ——

UNCLAIMED ——